ruary 19, 1904.) Action by the Commercial Wood & Cement Company against the Northampton Portland Cement Company. A. C. Pette, for appellant. E. C. Moen, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

CONNOR v. KOCH et al. (Supreme Court, Appellate Division, First Department. January 22, 1904.) Action by Elizabeth C. Connor, as administratrix, etc., against Henry C. F. Koch and others. No opinion. Motion denied, with $10 costs.

COOPER et al., Respondents, v. MANHATTAN RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. March 11, 1904.) Action by Edward Cooper and others against the Manhattan Railway Company. J. T. Davies, for appellant. W. G. Peckham, for respondents. No opinion. Judgment affirmed, with costs.

COOTE, Appellant, v. WILLIAMSBURGH SAV. BANK et al., Respondents. (Supreme Court, Appellate Division, Second Department. March 11, 1904.) Action by James Coote, as administrator, etc., against the Williamsburgh Savings Bank and William A. Brown, as administrator, etc. No opinion. Judgment affirmed, with costs.

COULSON, Appellant, v. FLYNN, Respondent. (Supreme Court, Appellate Division, Fourth Department. January 26, 1904.) Action by Katharine Coulson against Bernard G. Flynn.

PER CURIAM. Judgment affirmed, with costs, upon opinion of KENEFICK, J., delivered at Special Term. 83 N. Y. Supp. 944.

In re COUNTY TRUST CO. (Supreme Court, Appellate Division, Second Department. March 4, 1904.) In the matter of the application of the County Trust Company for an order designating it as a deposit bank for funds and moneys paid into court. No opinion. Order granted, referring the application to John M. Digney, Esq., to examine and report.

CRAIG v. JAMES et al. (Supreme Court, Appellate Division, First Department. February 19, 1904.) Action by Robert A. Craig against Thomas L. James and another. No opinion. Motion granted, except as to merits.

CROUSE v. JUDSON et al. (Supreme Court, Appellate Division, Fourth Department. March 8, 1904.) Action by Charles E. Crouse, as administrator, etc., against Edward B. Judson, Jr., and others.

PER CURIAM. Judgment modified, by striking out all allowances of costs, except to the defendant Florence Crouse Clark, and as to her directing that she recover her taxable costs against the plaintiff herein, and further directing that the defendant Florence Crouse Clark recover of the defendant Edward B. Judson, Jr., the sum of $19,317.05, being the proceeds of the sale of stock, with interest at 3½ per cent. per annum, from August 19, 1898, compounded annually on even hundreds of interest, and, as so modified, affirmed, with costs of this appeal to the defendant Florence Crouse Clark against the plaintiff. See 84 N. Y. Supp. 755.

CULLINAN v. HIGGINS et al. (Supreme Court, Appellate Division, First Department. January 22, 1904.) Action by Patrick W. Cullinan against Mary E. Higgins and others. No opinion. Motion denied.

CULLINAN, Respondent, v. HIGGINS, Appellant, et al. (Supreme Court, Appellate Division, First Department. February 5, 1904.) Action by Patrick W. Cullinan against Mary E. Higgins, impleaded. E. Miehling, for appellant. H. H. Kellogg, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

CUMMINGS, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. January 22, 1904.) Action by Thomas Cummings against the Metropolitan Street Railway Company. B. H. Ames, for appellant. J. H. Cohn, for respondent. No opinion. Judgment and order affirmed, with costs.

CUZZONI, Appellant, v. PENNEY et al., Respondents. (Supreme Court, Appellate Division, First Department. February 5, 1904.) Action by Lottie Cuzzoni, an infant, etc., against William N. Penney and others. M. J. Cohen, for appellant. J. E. Hedges, for respondents. No opinion. Judgment affirmed, with costs.

In re DALY, Commissioner of Public Works. (Supreme Court, Appellate Division, Second Department. March 4, 1904.) In the matter of the application and petition of Michael T. Daly, as commissioner of public works of the city of New York, under chapter 189, p. 317, of the Laws of 1893, to acquire certain real estate, etc. No opinion. Motion denied.

DAMBMANN, Respondent, v. INTERURBAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. February 5, 1904.) Action by Emma A. Dambmann against the Interurban Street Railway Company. C. F. Brown, for appellant. T. Sutro, for respondent.

PER CURIAM. Judgment and order affirmed, with costs.

LAUGHLIN, J., dissents.

DECKER, Respondent, v. KELLS, Appellant. (Supreme Court, Appellate Division, Third Department. March 2, 1904.) Action by Mary L. Decker against Hiram Kells. No opinion. Judgment unanimously affirmed, with costs.

DE COPPET et al., Respondents, v. NEW YORK CENT. & H. R. R. CO. et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 7, 1904.) Action by Edward J. DeCoppet and Robert P. Doremus, as executors of the last will and testament